# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2034.  TONY BRIGHTWELL v. THE STATE.**

In 2009, Tony Brightwell pled guilty to aggravated assault and false imprisonment.  In August 2016, he filed a motion to correct his allegedly void sentence.  The trial court denied the motion on April 4, 2017, and Brightwell filed this appeal on May 5, 2017.  The State has filed a motion to dismiss, contending that the appeal is untimely.  We agree.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Brightwell filed his notice of appeal 31 days after the trial court's order was entered.  Accordingly, we lack jurisdiction to consider this appeal.  The State's motion to dismiss is hereby GRANTED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*